AMERICAN FRUIT PRODUCT COMPANY, Appellant, *v.* JOHN G. WARD, Respondent.

(Submitted April 20, 1908; decided April 24, 1908.)

Motion for re-argument granted and re-argument to be had on a day agreed upon by the parties, or in default of agreement time to be fixed by the chief judge. (See 190 N. Y. 533.)

———

HENRIETTA COBB, Respondent, *v.* UNITED ENGINEERING AND CONTRACTING COMPANY, Appellant.

(Submitted April 20, 1908; decided April 24, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 191 N. Y. 475.)

———

FREDERICK GILMORE, Respondent, *v.* SYRACUSE LIGHTING COMPANY, Appellant.

(Submitted April 13, 1908; decided April 24, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 191 N. Y. 534.)